

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Quartshezz Leonard Lewis, Appellant

No. 06-21-00021-CR　　　v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 19F-0920-202). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating. *Retired, Sitting by Assignment

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Quartshezz Leonard Lewis, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 4, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk